IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT TOLLIVER,

    Plaintiff,

  v.

                                                                                   Case No. 20-cv-728-jdp

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant National Credit Systems, Inc. against plaintiff Scott Tolliver dismissing this case for lack of subject matter jurisdiction.

| s/ K. Frederickson, Deputy Clerk | September 22, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |